IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00157-BNB

PHILIP B. MORGAN,

    Plaintiff,

v.

DENVER POLICE DEPARTMENT,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2010

GREGORY C. LANGHAM
               CLERK

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 29, 2010, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00157-BNB

Philip B. Morgan
8965 E. Florida Ave.
Apt. 7208
Denver, CO 80247

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/29/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk