IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00157-REB-BNB

PHILIP B. MORGAN,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,

Defendant.

_____

**ORDER**
_____

At the request of the parties made during the scheduling conference this morning:

IT IS ORDERED that the oral motion to amend to substitute the City and County of Denver in place of the Denver Police Department as the defendant is GRANTED. The case caption is modified as reflected above.

Dated May 26, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge