IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00157-REB-BNB

PHILIP B. MORGAN,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant's Motion for Summary Judgment** [docket no. 28, filed November 5, 2010] (the "Motion").

     IT IS ORDERED that the plaintiff shall respond to the Motion on or before **November 29, 2010**. Defendants have fourteen (14) days after the filing of the response to file a reply.

DATED: November 10, 2010