IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  10-cv-00157-REB-BNB

PHILIP B. MORGAN,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,

Defendant.

_____

**ORDER**

_____

The parties appeared this morning for a final pretrial conference.  The plaintiff objected

to the proposed final pretrial order and requested additional time to make additions and

modifications to it.  Finding that good cause exists,

IT IS ORDERED:

(1)      The proposed final pretrial order [Doc. # 32] is REFUSED;

(2)      The parties shall submit, on or before **December 9, 2010**, a revised proposed final

pretrial order with the plaintiff's additional input; and

(3)      A supplemental final pretrial conference is set for **December 14, 2010, at 8:30**

**a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street,

Denver, Colorado.

Dated November 19, 2010.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge