**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00157-REB-BNB

PHILIP B. MORGAN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

---

**OVERRULING OBJECTIONS TO AND ADOPTING
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#43][1] filed December 29, 2010; and (2) plaintiff's **Objection to Recommendation of United States Magistrate Judge** [#44] filed January 14, 2011. I overrule the objection, adopt the recommendation, grant the apposite motion for summary judgment, and dismiss plaintiff's claims and this lawsuit.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. Moreover, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***,

---

[1] "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).  The recommendation is detailed and well-reasoned.  Contrastingly, plaintiff's objections are imponderous and without merit.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the the **Recommendation of United States Magistrate Judge** [#43] filed December 29, 2010, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in plaintiff's **Objection to Recommendation of United States Magistrate Judge** [#44] filed January 14, 2011, are **OVERRULED**;

3. That **Defendant's Motion for Summary Judgment** [#28] filed November 5, 2010, is **GRANTED**;

4. That plaintiff's claims against defendant for discrimination on the basis of religion by failure to accommodate and retaliation under Title VII and for breach of contract under Colorado state law are **DISMISSED WITH PREJUDICE**;

5. That judgment **SHALL ENTER** on behalf of defendant, City and County of Denver, against plaintiff, Philip B. Morgan, as to all claims for relief and causes of action;

6. That the Trial Preparation Conference, currently scheduled for **Friday, February 25, 2011** at **2:00 p.m.**, as well as the trial, currently scheduled to commence

on **Monday, February 28, 2011**, are **VACATED**; and

7.  That defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated February 7, 2011, at Denver, Colorado.

                                                  **BY THE COURT:**

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge